

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  | § | |
|---|---|---|
| TEXAS COMMISSION ON ENVIRONMENTAL QUALITY AND THE CITY OF DRIPPING SPRINGS, | § | No. 08-20-00239-CV |
|  | § | Appeal from the |
| Appellants, | § | 345th District Court |
| v. | § | of Travis County, Texas |
| SAVE OUR SPRINGS ALLIANCE, INC., | § | (TC# D-1-GN-19-003030) |
| Appellee. | § | |
|  | § | |

**O R D E R**

Pending before the Court is Appellant The City of Dripping Springs' motion for consideration on submission. The motion is DENIED. The Court has contemporaneously re-set the case for oral argument on February 10, 2022.

IT IS SO ORDERED this 14th day of December, 2021.

PER CURIAM

Before Rodriguez, C.J., Palafox and Alley, JJ.